

# Fourth Court of Appeals
## San Antonio, Texas

November 5, 2025

No. 04-25-00622-CR

Deborah Ann **DANKO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2025-CR-000789
Honorable Frank J. Castro, Judge Presiding

**ORDER**

Sitting:     Lori I. Valenzuela, Justice
Lori Massey Brissette, Justice
Adrian A. Spears II, Justice

In accordance with this court's opinion of this date, this appeal is DISMISSED.

It is so **ORDERED** on November 5, 2025.

_____
Lori I. Valenzuela, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of November, 2025.

_____
Caitlin A. McCamish, Clerk of Court